UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VICTORIA SHANEKA                                    CIVIL ACTION
TILLMAN-FELTON
                                                    NO. 25-1378
VERSUS
                                                    SECTION M (1)
HAZA GROUP, *et al.*

## ORDER

Having considered the complaint, the record, the applicable law, the magistrate judge's

Report and Recommendation ("R&R"),[1] and finding that no party has filed any objections to the

R&R, the Court hereby approves the R&R and adopts it as its opinion.  Accordingly,

IT IS ORDERED that plaintiff's complaint is DISMISSED without prejudice for failure to

prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41.3.1.

New Orleans, Louisiana, this 10th day of August, 2026.


                                            _____
                                            BARRY W. ASHE
                                            UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 73.